**LEONARDO M. ALDRIDGE**
**Attorney-At-Law**
**20 Vesey St. Suite 400**
**New York, NY 10007**

June 15, 2026

**BY ELECTRONIC FILING**

The Honorable Jennifer L. Rochon
United States District Judge
United States Courthouse
500 Pearl St. New York, NY 10007

Letter Motion GRANTED.  The pretrial conference is adjourned from June 18, 2026 to **June 25, 2026 at 12:00 p.m.**  Speedy trial time is excluded until June 25, 2026.  The Court finds that time is properly excluded under the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(A) until June 25, 2026.     **SO ORDERED.**

Dated: June 16, 2026
New York, New York   **JENNIFER L. ROCHON**
**United States District Judge**

**U.S. v Welfy Espinal, Cr. No. 26-237: Joint Request for Status Conference Adjournment**

Dear Judge Rochon:

I was recently appointed under the Criminal Justice Act to represent Mr. Welfy Espinal in Cr. No. 26-237. Mr. Espinal was presented and arraigned before the Honorable Jennifer E. Willis, United States Magistrate Judge, on June 12, 2026. A status conference is currently scheduled before Your Honor on June 18, 2026, at 12:00 p.m.

The parties jointly request a brief adjournment of that conference.

As the Court is aware, on Thursday, June 18, New York City will host a ticker-tape parade celebrating the New York Knicks' first NBA championship in 53 years. Given the anticipated size of the event and its location in lower Manhattan, the parties expect substantial disruptions to traffic and access in the vicinity of the courthouse.

Accordingly, the parties respectfully request that the conference be adjourned to June 25, 2026, at 12:00 p.m., or to another date convenient for the Court.

Mr. Espinal, through counsel, waives his rights under the Speedy Trial Act for the period between June 18, 2026, and the adjourned conference date. The parties respectfully submit that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

Thank you for the Court's consideration of this request.

Respectfully,

***S/Leonardo M. Aldridge***
Leonardo M. Aldridge, Esq.
Counsel for Mr. Welfy Espinal

Cc AUSA Kathryn Wheelock